```
LAW OFFICES OF MICHAEL J. FLANAGAN
MICHAEL J. FLANAGAN State Bar #093772
GAVIN M. HUGHES State Bar #242119
2277 Fair Oaks Boulevard, Suite 450
Sacramento, CA 95825
Telephone: (916) 646-9100
Facsimile: (916) 646-9138
E-mail:    lawmjf@msn.com
```

ATTORNEYS FOR DEFENDANT

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL MOTORS CORPORATION, a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MANLY OLDSMOBILE-GMC, INC., a California corporation,<br><br>　　　　Defendant.　　　　／ | CASE NO. C 07 0233<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

PLEASE TAKE NOTICE THAT:

1. Counsel for both plaintiff and defendant hereby stipulate that defendant shall have through February 9, 2007, to answer or otherwise respond to plaintiff's complaint filed in the above caption matter.

2. This stipulation is entered into pursuant to and in accordance with Civil L.R. 6-1(a). Neither party believes the extension of time will alter the date of any event or any deadline already fixed by Court order.

///

///

-1-

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

3. This extension is necessary because counsel for defendant must wait "up to 2 business days" from today's date February 8, 2007, to receive its "ECF" password, so that it will have the capability to e-file.

Dated: February 8, 2007

LAW OFFICES OF
MICHAEL J. FLANAGAN

By /s MIchael J. Flanagan
Michael J. Flanagan

LAW OFFICES OF ISSACS, CLOUSE,
CROSE & OXFORD LLP

By _____
Gregory R. Oxford

Dated: Feb. 13, 2007

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]*

-2-
STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT