|   |   |
|---|---|
| 1 | LAW OFFICES OF MICHAEL J. FLANAGAN |
| 2 | MICHAEL J. FLANAGAN State Bar #093772<br>GAVIN M. HUGHES State Bar #242119 |
| 3 | 2277 Fair Oaks Boulevard, Suite 450<br>Sacramento, CA 95825 |
| 4 | Telephone: (916) 646-9100 |
| 5 | Facsimile: (916) 646-9138<br>E-mail: lawmjf@msn.com |
| 6 | ATTORNEYS FOR DEFENDANT |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| GENERAL MOTORS CORPORATION, a Delaware Corporation, | CASE NO. C 07 0233 JCS |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER (1) EXTENDING DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND (2) CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| MANLY OLDSMOBILE-GMC, INC., a California corporation, | |
| Defendant. | |

WHEREAS, the Court on March 12, 2007 denied defendant's Motion To Dismiss and its answer is currently due on March 26, 2007;

WHEREAS, the Court has set a Case Management Conference on April 20, 2007;

WHEREAS, defendant has suggested to plaintiff, and plaintiff has agreed, that there may be a business basis for resolving this dispute without the need for continued litigation, and that it will take approximately 30 days to determine whether such a resolution may be possible,

IT IS HEREBY STIPULATED, by and between plaintiff General Motors Corporation and defendant Manly Oldsmobile-GMC, Inc., that subject to the convenience of the Court's calendar, the Court may issue its order as follows:

-1-
STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE
RESPOND AND CONTINUING CASE MANAGEMENT CONFERENCE, NO. C 07 0233 JCS

1. Defendant's time to answer or otherwise respond to plaintiff's complaint is extended by 30 days, from March 26, 2007 to April 25, 2007.

2. The Case Management Conference is continued from April 20, 2007 to May 18, 2007 at 1:30 p.m., with the parties required to "meet and confer" as enumerated in the Court's prior Case Management Order no later than April 27, 2007 and to make initial disclosures and file the joint case management statement and other required documents set forth in the previous Case Management Order no later than May 11, 2007.

Dated: March __, 2007      LAW OFFICES OF
MICHAEL J. FLANAGAN

By __*[s]*_____
    Michael J. Flanagan
Attorneys for Defendant
Manly Oldsmobile-GMC, Inc.

Dated: March __, 2007      ISSACS CLOUSE CROSE & OXFORD LLP

By __*[s]*_____
    Gregory R. Oxford
Attorneys for Plaintiff
General Motors Corporation

Good cause appearing therefor, IT IS SO ORDERED

Dated: March 22, 2007

_____
United States [Judge Joseph C. Spero]

---

**-2-**
STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE
RESPOND AND CONTINUING CASE MANAGEMENT CONFERENCE, NO. C 07 0233 JCS