# LAW OFFICES OF MICHAEL J. FLANAGAN

2277 FAIR OAKS BLVD.
SUITE 450
SACRAMENTO, CA 95825

TELEPHONE: (916) 646-9100
FACSIMILE: (916) 646-9138
E-MAIL: LAWMJF@msn.com

July 19, 2007

Honorable Joseph C. Spero
450 Golden Gate Avenue
US District Court
Courtroom A, 15th Floor
San Francisco, CA 94102

    Re: *General Motors Corporation v Manly Oldsmobile-GMC, Inc*
         *Case No. C 07 0233, US District Court, Northern District*

Dear Judge Spero:

There is a Case Management Conference regarding the above-referenced matter scheduled for July 27, 2007 at 1:30 pm. We wish to request a telephonic appearance. We understand the Court will initiate the call at the time our case is called, and until that time, we are on "stand-by". Mike Flanagan can be reached at 916.656.9100 and Greg Oxford can be reached at 310.316.1990.

Thank you for your consideration.

Very truly yours,

Michael J. Flanagan
LAW OFFICES OF MICHAEL J. FLANAGAN
Attorneys for Defendant

and

Gregory R. Oxford
ISAACS CLOUSE CROSE & OXFORD LLP
Attorneys for Plaintiff

MJF:v

Dated: July 23, 2007

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA