GREGORY R. OXFORD (#62333)
    goxford@icclawfirm.com
JOHN A. CROSE, JR. (#115594)
    jcrose@icclawfirm.com
ISAACS CLOUSE CROSE & OXFORD LLP
21515 Hawthorne Boulevard, Suite 950
Torrance, California 90503
Telephone: (310) 316-1990
Facsimile: (310) 316-1330

Attorneys for Plaintiff
General Motors Corporation

MICHAEL J. FLANAGAN (#93772)
    lawmjf@msn.com
GAVIN M. HUGHES (#242119)
LAW OFFICES OF MICHAEL J. FLANAGAN
2277 Fair Oaks Boulevard, Suite 450
Sacramento, California 95825
Telephone: (916) 646-9100
Facsimile: (916) 646-9138

Attorneys for Defendant
Manly Oldsmobile-GMC, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL MOTORS CORPORATION, a Delaware Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>MANLY OLDSMOBILE-GMC, INC., a California corporation,<br><br>    Defendant. | CASE NO. C 07 0233 JCS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE**<br><br>Current Date:  August 24, 2007<br>Time:  1:30 p.m.<br><br>Proposed Date:  Sept. 14, 2007<br>Time:  1:30 p.m. |

    WHEREAS, plaintiff General Motors Corporation ("GM") and Manly Oldsmobile-GMC, Inc. ("Manly") reported to the Court at the last status conference that they had reached agreement on a settlement subject to the drafting of definitive settlement documentation;

1  WHEREAS, the drafting process has identified a single issue regarding the parties'
2  future performance under a confidential provision of the Settlement Agreement which
3  requires factual clarification that to date the parties have not been able to obtain;

4  WHEREAS, it is expected that such clarification should be forthcoming shortly, in
5  any event within several weeks;

6  WHEREAS, the parties have not been able to complete and execute final
7  settlement documentation pending such clarification;

8  WHEREAS, the Court has set a further telephonic status conference for August 24,
9  2007, at 1:30 p.m.,

10  IT IS HEREBY STIPULATED, by and between the parties, by and through their
11  undersigned counsel of record, that the Court may issue its order continuing the August
12  24, 2007 telephonic status conference to September 14, 2007 at 1:30 p.m.

13  DATED: August 21, 2007  GREGORY R. OXFORD
                             JOHN A. CROSE, JR.
14                           ISAACS CLOUSE CROSE & OXFORD LLP

15

16                           By: *[s]*_____
                                  Gregory R. Oxford
17                           Attorneys for Plaintiff
                             General Motors Corporation
18

19  DATED: August 21, 2007  MICHAEL J. FLANAGAN
                             GAVIN M. HUGHES
                             LAW OFFICES OF MICHAEL J. FLANAGAN
20

21

22                           By: *[s]*_____
                                  Michael J. Flanagan
23                           Attorneys for Defendant
                             Manly Oldsmobile-GMC, Inc.
24

I hereby attest that I have on file all holograph signatures for any signatures indicated by a
25
"conformed" (/s/) signature in this e-filed document.
26

27
                             By: *[s]*_____
28                                Gregory R. Oxford

Stipulation and [Proposed] Order
Continuing Status Conference
No. C 07 0233 JCS

2

1   Good cause appearing therefor, IT IS SO ORDERED

2   Dated: August 22, 2007

3

4   _____
    United States Magistrate Judge
    Judge Joseph C. Spero

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28