1  GREGORY R. OXFORD (#62333)
        goxford@icclawfirm.com
2  JOHN A. CROSE, JR. (#115594)
        jcrose@icclawfirm.com
3  ISAACS CLOUSE CROSE & OXFORD LLP
   21515 Hawthorne Boulevard, Suite 950
4  Torrance, California 90503
   Telephone: (310) 316-1990
5  Facsimile: (310) 316-1330

6  Attorneys for Plaintiff
   General Motors Corporation
7
   MICHAEL J. FLANAGAN (#93772)
8        lawmjf@msn.com
   GAVIN M. HUGHES (#242119)
9  LAW OFFICES OF MICHAEL J. FLANAGAN
   2277 Fair Oaks Boulevard, Suite 450
10 Sacramento, California 95825
   Telephone: (916) 646-9100
11 Facsimile: (916) 646-9138

12 Attorneys for Defendant
   Manly Oldsmobile-GMC, Inc.
13

14                **UNITED STATES DISTRICT COURT**

15                **NORTHERN DISTRICT OF CALIFORNIA**

16

| 17 | GENERAL MOTORS CORPORATION, a Delaware Corporation, | ) ) ) | CASE NO. C 07 0233 JCS |
|---|---|---|---|
| 18 | Plaintiff, | ) ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| 19 20 | vs. MANLY OLDSMOBILE-GMC, INC., a California corporation, | ) ) ) ) ) | Current Date: Sept. 14, 2007 Time: 1:30 p.m. |
| 21 22 23 | Defendant. | ) ) ) ) ) | Proposed Date: October 5, 2007 Time: 1:30 p.m. |

24

25     WHEREAS, plaintiff General Motors Corporation ("GM") and Manly Oldsmobile-

26 GMC, Inc. ("Manly") reported to the Court at the last status conference that they had

27 reached agreement on a settlement subject to the drafting of definitive settlement

28 documentation;

WHEREAS, the drafting process has identified a single issue regarding the parties' future performance under a confidential provision of the Settlement Agreement which requires factual clarification that to date the parties have not been able to obtain;

WHEREAS, in seeking a prior continuance of this status conference, the parties previously advised the Court that the required clarification, which involves a single key term of the Settlement Agreement, was expected at that time within several weeks;

WHEREAS, the necessary clarification still has not been forthcoming, but is expected shortly;

WHEREAS, the parties in the meantime have not been able to complete and execute final settlement documentation but believe they will be able to do so within two weeks;

WHEREAS, the Court previously continued this status conference to September 14, at 1:30 p.m.,

IT IS HEREBY STIPULATED, by and between the parties, by and through their undersigned counsel of record, subject to the Court's approval and availability, that the Court may issue its order continuing the September 14, 2007 telephonic status conference to ~~October 5, 2007~~ October 12, 2007 at 1:30 p.m.

DATED: September 12, 2007

GREGORY R. OXFORD
JOHN A. CROSE, JR.
ISAACS CLOUSE CROSE & OXFORD LLP

By: [s] _____
    Gregory R. Oxford
Attorneys for Plaintiff
General Motors Corporation

DATED: September 12, 2007

MICHAEL J. FLANAGAN
GAVIN M. HUGHES
LAW OFFICES OF MICHAEL J. FLANAGAN

By: [s] _____  w/ permission
    Michael J. Flanagan
Attorneys for Defendant
Manly Oldsmobile-GMC, Inc.

1  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
2  "conformed" (/s/) signature in this e-filed document.

3
4              By: [s] _____
5                    Gregory R. Oxford

6  Good cause appearing therefor, IT IS SO ORDERED
7  Dated: September 12, 2007

*[Seal: United States District Court, Northern District of California — "IT IS SO ORDERED AS MODIFIED" — Judge Joseph C. Spero]*